DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENDRUM ENERGY, LLC** and **JOHN LENDRUM,**
Appellants,

v.

**FROMKIN ENERGY, LLC** and **FROMOIL ENERGY DEVELOPMENT, LLC,**
Appellees.

No. 4D18-1010

[September 27, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. 16-014405 CACE.

Donald S. Fradley of the Fradley Law Firm, P.A., Jupiter, for appellants.

Craig S. Barnett and Jon L. Swergold of Greenberg Traurig, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***